No. 280. ESTATE OF DEMOS: DEMOS, Appellant, v. RUETZ and others, Executors, Respondents.

(Also reported in 214 N. W. 2d 317.)

The cause was submitted for the appellant on the briefs of *Foley & Capwell, S. C.,* of Racine, and for the re-

spondents on the brief of *Helm, Myers, Gillett & Christensen* of Racine.

Appeal dismissed.